UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-653 |
| v. : | |
| : | CONSENT ORDER |
| WALLACE MARTINS : | MODIFYING BAIL |

THIS MATTER having been opened to the Court on the application of Pasquale F. Giannetta, Esq., attorney for the accused, WALLACE MARTINS, for an Order revoking the detention Order, heretobefore filed by United States Magistrate Judge Dennis M. Cavanaugh on April 25, 2006, and the setting of reasonable bail pursuant to 18 U.S.C. 3145(b) and 18 U.S.C. 3142(c); and this motion having not been opposed by Assistant U.S. Attorney, Andrew Carey; and the Court having reviewed the papers and heard oral argument; and for good cause shown;

IT IS on this 17 day of December, 2009,

HEREBY ORDERED that the detention order heretobefore filed by United States Magistrate on April 25, 2006 be and is hereby revoked, and it is

FURTHER ORDERED that the following be set regarding the accused's release:

1. Bail is set in the amount of $250,000.00 unsecured bond, said bond to be signed by the defendant in the amount of $250,000.00;

2. The accused is to maintain his residence unless approved by Pretrial Services;

3. Travel is restricted to the State of New Jersey and Florida with travel limited to purposes of court appearances and/or conferences with defense counsel, unless approved by Pretrial Services.

4. Defendant will be subject to random drug testing, and treatment if deemed necessary, at the discretion of Pretrial Services Program; and

5. Defendant will surrender any passports or other travel documents to Pretrial Services Agency;

6. Defendant will comply fully with any directives issued by the Pretrial Services Agency.

HONORABLE DENNIS M. CAVANAUGH
United States Magistrate Judge

We hereby consent to the
entry of the foregoing Order.

ANDREW CAREY, AUSA

PASQUALE F. GIANNETTA, ESQ.